## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| David Moore, | ) | CASE NO.: 4:23CV1535 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN ADAMS |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Quick Med Urgent Care, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

On November 8, 2023, the parties notified the Court via telephone that this matter had been resolved. Therefore, the docket will be marked "settled and dismissed without prejudice." The parties may submit within sixty (60) days a proposed entry setting forth different terms and conditions relative to the settlement and dismissal of this case, including dismissal with prejudice, if they deem it necessary. The parties are reminded that a motion to approve settlement must be filed because of the FLSA claims raised in this matter. If approved, the proposed entry shall supplement this order. This Court will retain jurisdiction over the settlement. The parties' case management conference scheduled for November 8, 2023 at 2:00 p.m. is hereby cancelled.

    IT IS SO ORDERED.


    November 8, 2023                           */s/ Judge John R. Adams*
                                                                JUDGE JOHN R. ADAMS
                                                                UNITED STATES DISTRICT COURT